IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ETHAN THOMAS BROWN | § | |
| VS. | § | CIVIL ACTION NO. 1:23cv169 |
| ROBERT J. RADER, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Ethan Thomas Brown, proceeding *pro se*, filed this civil rights lawsuit. The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion to dismiss filed by defendants DuBose, Coleman, Martin, Rader and Warner be granted.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Proper notice was given to plaintiff at his last known address. *See* FED. R. CIV. P. 5(b)(2). No objections were filed to the Report and Recommendation.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge [Dkt. 13] is ADOPTED as the opinion of the Court. The motion to dismiss [Dkt. 6] is GRANTED. Defendants DuBose, Coleman, Martin, Rader and Warner are DISMISSED from this lawsuit.

**SIGNED this 18th day of March, 2024.**

Michael J. Truncale
United States District Judge